

United States Bankruptcy Court
Southern District of Florida
www.flsb.uscourts.gov
Division: Miami

Case Number: 14-25157-LMI
Chapter 13

In Ref:
Name of Debtor: Juan Miguel Xiques

Notice for Debtor Change of Address

Debtor Juan Miguel Xiques hereby comes and asserts that his actual address of residence is 15936-SW-83rd Terrace, Miami, Fla, 33193.

Debtor: Juan Miguel Xiques